IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LAKINSKI TAYLOR                                                                                       PLAINTIFF

V.                                                                                   CIVIL ACTION NO.: 4:20-CV-75

VOWELL MARKET PLACE, TYSON
FOODS, INC., and AMERICAN PIT
BARBEQUE, INCORPORATED                                                                          DEFENDANTS

ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause came before the Court on the *ore tenus* joint motion of the parties to dismiss this cause of action against Defendants Triple V, Inc., d/b/a Vowell's Market Place (named Vowell Market Place), and American Pit Barbeque, Incorporated. This Court, being advised that the parties agree to the relief sought herein, is of the opinion that said motion is well taken and should be granted.

IT IS ORDERED that Defendants Triple V, Inc., d/b/a Vowell's Market Place, and American Pit Barbeque, Incorporated be DISMISSED *without prejudice* with each party to bear its own costs, attorneys' fees, and expenses. The Court retains complete jurisdiction to vacate this order and reopen the action against these Defendants upon cause shown that further litigation is necessary.

This the 26th day of May, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE